# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0904

VERSUS

SHELTON WILLIAMS

**NOVEMBER 26, 2025**

---

In Re:    Shelton Williams, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No. 2017-
          CR-1370.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED.** "Habeas corpus is not the proper procedural device for petitioners who may file applications for post conviction relief. Essentially, habeas corpus deals with preconviction complaints concerning custody." La. Code Crim. P. art. 351, Official Revision Comment (c). Relator's filing raises claims in the nature of postconviction relief. See La. Code Crim. P. art. 924(1). A pleading's nature is determined by its substance and not its caption. **State ex. rel Lay v. Cain**, 96-1247 (La. App. 1st Cir. 2/14/97), 691 So.3d 135, 137. Relator's filing is untimely and he failed to establish an exception to the time limitation set forth in La. Code Crim. P. art. 930.8(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc**, 2006-169 (La. 9/15/06), 937 So.2d 844 (per curiam).

                    PMc
                    HG
                    TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT